*PATTERSON, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MASUD AHAD, MUHIBUR RAHMAN, and
SAYED HUSSAIN, on behalf of themselves
and others similarly situated,

                Plaintiffs,

-against-

BLT STEAK LLC, BLT/MAIN STREET LLC
d/b/a BLT PRIME, and LAURENT
TOURONDEL
                Defendants.

---

08-CV-5528 (RPP)

**STIPULATION**

It is hereby stipulated by and between counsel for Plaintiffs, Masud Ahad, Muhibur Rahman, and Sayed Hussain, on behalf of themselves and others similarly situated ("Plaintiffs"), and counsel for Defendants, BLT Steak LLC, BLT/Main Street LLC d/b/a BLT Prime, and Laurent Tourondel ("Defendants"), that Defendants' deadline to answer, move or otherwise respond to Plaintiffs' amended complaint dated June 19, 2008, shall be extended to August 21, 2008.

Dated:    New York, New York
           June 27, 2008

JOSEPH & HERZFELD LLP
*Attorneys for Plaintiffs*

By: _____
D. Maimon Kirschenbaum (DK-2448)
Charles E. Joseph (CJ-9442)
757 Third Avenue, 25th Floor
New York, NY 10017

FOX ROTHSCHILD LLP
*Attorneys for Defendants*

By: _____
Carolyn Richmond (CR-0993)
100 Park Avenue
New York, NY 10017

SO ORDERED:
_____
Hon. Robert P. Patterson
7/8/08

NY1 178506v1 07/01/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08