# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by BLT STEAK and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

__KAYES AHMED CHOWDHURY__
Full Legal Name (Print)

*/s/ K. Ahmed*
Signature

__07-15-2008__
Date