# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by BLT STEAK and BLT PRIME and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_THOMAS MORRISSEY_
Full Legal Name (Print)

_[signature]_
Signature

_7/31/08_
Date