## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by BLT STEAK and BLT PRIME and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

ABDUS SAMAD EMAD
Full Legal Name (Print)

ABDUS SAMAD EMAD
Signature

August 04, 2008
Date