## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by BLT STEAK, BLT FISH and/or BLT PRIME and/or related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Khadaza Nander Per_
Full Legal Name (Print)

_[signature]_
Signature

_08-04-08_
Date