c/o D. Maimon Kirschenbaum

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by BLT STEAK and BLT PRIME and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

ROBERT M. HIGGINS
Full Legal Name (Print)

_____
Signature

8·22·08
Date

Aug-27-2009 01:16 PM American Express 212-640-0341    1/1