# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian F. Fredericks

Of counsel:
Andrew Dwyer*
*Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548
www.jhllp.com


RECEIVED AUG 27 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

August 27, 2008

**Via Facsimile**
212-805-7917

**MEMO ENDORSED**

The Honorable Robert P. Patterson
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

Re:  Ahad, et al. v. BLT Steak LLC, et al.
     Civil Action No.: 08-cv-05528-RPP

Dear Judge Patterson:

We represent Plaintiffs in the above-captioned matter. I write to request an adjournment of the initial pretrial conference scheduled for October 16, 2008. This is our first request for an adjournment, and I write with consent of Defendants' counsel. Counsel for both parties will be on vacation on October 16 (it is part of the Jewish holiday of Sukkot). Both parties are available for a conference between October 6, 2008 and October 8, 2008 or on or after October 24, 2008.

Thank you for your attention to this matter.

Respectfully submitted,

JOSEPH & HERZFELD LLP

D. Maimon Kirschenbaum (DK-2338)

Cc: Carolyn Richmond, Esq.

*Application granted. Conference will be held on October 7, 2008 at 9:30 AM*
*So ordered*
*Robert P. Patterson*
*USDJ*
*8/28/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08